# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PAUL B. DAVENPORT,<br><br>Defendant. | PO-18-05030-BLG-TJC<br>Violation No. 6610367<br>Location Code: M14<br><br>**ORDER GRANTING MOTION TO DISMISS WITHOUT PREJUDICE** |

Based on motion of the United States and good cause appearing,

IT IS ORDERED that the Motion to Dismiss Without Prejudice, Violation Notice 6610367 (Doc. 11) is GRANTED. This matter is dismissed, without prejudice.

DATED this 29th day of October, 2018.

TIMOTHY J. CAVAN
United States Magistrate Judge